**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: swestcot@bursor.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SHELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 3:22-cv-01652-JD<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(II)**<br><br>Judge:  James Donato |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Antonio Shelly and Defendant The Procter & Gamble Company, by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated:  December 7, 2022                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Sarah N. Westcot*

Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Counsel for Plaintiff*

Dated: December 7, 2022                **COVINGTON & BURLING LLP**

By:     */s/ Henry Liu*
Henry Liu (*pro hac vice*)
Andrew Soukup (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: +1 (202) 662-6000
Facsimile: +1 (202) 662-6291
Email: hliu@cov.com
Email: asoukup@cov.com

**COVINGTON & BURLING LLP**
Kanu Song (State Bar No. 313842)

Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: +1 (415) 591-6000
Facsimile: +1 (415) 591-6091
Email: ksong@cov.com

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: December 7, 2022                              By:   */s/ Sarah N. Westcot*